UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MOSHE EHRENFELD,

                Plaintiff,

     -v-

EXPERIAN INFORMATION SOLUTIONS, INC. *et al.*,

                Defendants.

-------------------------------------------------------------------X

20-CV-6441 (JPC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/28/2020_

JOHN P. CRONAN, United States District Judge:

     The Court is in receipt of the Notice of Settlement with Defendant TD Bank USA, N.A. filed October 28, 2020.  (Dkt. 34.)  All deadlines and conferences with regard to Defendant TD Bank USA, N.A. are hereby adjourned *sine die*.  The parties are ORDERED to submit a joint letter updating the Court on the status of the settlement and dismissal by November 24, 2020.

     SO ORDERED.

Dated: October 28, 2020
      New York, New York

                                 JOHN P. CRONAN
                          United States District Judge