```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/30/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                   :
MOSHE EHRENFELD,                                                   :
                                                                   :
                              Plaintiff,                           :
                                                                   :                20-CV-6441 (JPC)
              -v-                                                  :
                                                                   :                ORDER
EXPERIAN INFORMATION SOLUTIONS, INC. *et al.*,                     :
                                                                   :
                              Defendants.                          :
                                                                   :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       It is hereby ORDERED that the parties shall submit a joint letter of no more than three pages

by November 30, 2020 updating the Court on the status of settlement and indicating whether the

parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the

District's Mediation Program; and/or (c) retention of a privately retained mediator would be

appropriate and, if so, when in the case (*e.g.*, within the next sixty days, after the deposition of

plaintiff is completed, after the close of fact discovery, etc.) the use of such a mechanism would be

appropriate.

       SO ORDERED.

Dated: October 29, 2020                          _____
       New York, New York                              JOHN P. CRONAN
                                                     United States District Judge