USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
MOSHE EHRENFELD,                                                : Case No. 1:20-cv-06441-JPC
:
                              Plaintiff,                        :
                                                                : **NOTICE OF SETTLEMENT WITH**
       vs.                                                      : **DEFENDANT EQUIFAX INFORMATION**
                                                                : **SERVICES, LLC**
EXPERIAN INFORMATION SOLUTIONS,                                 :
INC., EQUIFAX INFORMATION                                       :
SERVICES, LLC, DISCOVER BANK, and                               :
TD BANK USA, N.A.,                                              :
:
                              Defendants.                       :
---------------------------------------------------------------x

    Plaintiff Moshe Ehrenfeld ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Equifax Information Services, LLC (collectively, the "parties"), and states as follows:

    1.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

    2.    The parties respectfully request that the Court stay this action as to Defendant Equifax Information Services, LLC and adjourn all deadlines and conferences.


DATED:  November 25, 2020           **COHEN & MIZRAHI LLP**
                                    EDWARD Y. KROUB


                                            /s/ Edward Y. Kroub
                                    _____
                                          EDWARD Y. KROUB

>DANIEL C. COHEN
>EDWARD Y. KROUB
>300 Cadman Plaza West, 12th Floor
>Brooklyn, NY 11201
>Telephone: 929/575-4175
>929/575-4195 (fax)
>dan@cml.legal
>edward@cml.legal
>
>*Attorneys for Plaintiff*

All deadlines and conferences with regard to Defendant Equifax Information Services, LLC are hereby adjourned *sine die*. The parties are ORDERED to submit a joint letter updating the Court on the status of settlement and dismissal by December 28, 2020.

SO ORDERED.

Date: December 8, 2020
    New York, New York

_____
JOHN P. CRONAN
United States District Judge